**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-1899**

───────────────

OSBERT CHIBUEZE OKEBATA,

       Plaintiff - Appellant,

    v.

DEPARTMENT OF DEFENSE; LLOYD J. AUSTIN, III, Secretary of Defense; CARL BOZEMAN,

       Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cv-00050-DJN)

───────────────

Submitted:  October 31, 2023              Decided:  November 2, 2023

───────────────

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Osbert Chibueze Okebata, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Osbert Chibueze Okebata appeals the district court's orders granting Defendants' motion to dismiss Okebata's employment discrimination complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Okebata v. Dep't of Def.*, No. 3:22-cv-00050-DJN (E.D. Va. July 29, 2022; Aug. 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*